**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

MARGARET FLERLAGE individually, and on
behalf of all others similarly situated, et al.,

        Plaintiffs,

v.                                  Case No. 18-2614-DDC-TJJ

US FOODS, INC.,
        Defendant.

**Attorneys for Plaintiffs: Kathryn J. Starrett Rickley, Matthew Edward Osman**
**Attorneys for Defendant: Joan B. Tucker Fife, Sean M. Sturdivan**

| JUDGE: | Daniel D. Crabtree | DATE: | 2/4/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# SETTLEMENT APPROVAL HEARING

The parties appear through counsel by Zoom Video Conference.

The following motion is before the court:

    Doc. 60 – Plaintiffs' Unopposed Motion for Final Settlement Approval – **TAKEN UNDER ADVISEMENT as set forth in full on the record.**

The court hears from counsel on the motion.

**The court will issue an order approving the settlement.**